DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYNTHIA J. VENTURA,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** as trustee successor in interest
to **WACHOVIA BANK, N.A.,** as trustee for **CHASE FUNDING
MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-2,**
Appellee.

No. 4D17-3236

[May 15, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE13-012448.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Alejandra Arroyave Lopez of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

Affirmed. *See Nationstar Mortg., LLC v. Glass,* 219 So. 3d 896 (Fla. 4th DCA 2017).

GERBER, C.J., WARNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***